**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
PAUL EDWARD MONK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            PLAINTIFF,<br><br>PAUL EDWARD MONK,<br>            DEFENDANT. | Case No.: 08-CR-00365 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND DAVID GAPPA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, PAUL EDWARD MONK by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for November 10, 2008 be continued to November 17, 2008 or a date convenient to court and counsel.

This is a mutual request between Assistant United States Attorney, David Gappa and is joined by counsel. The purpose for the continuance is to address the conflict in the schedules of Mr. Torres and Mr. Gappa.

//

Based upon the foregoing, I respectfully request that this matter be continued to November 17, 2008.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

Dated: October 24, 2008  /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant
PAUL EDWARD MONK


McGREGOR W. SCOTT
United States Attorney

Dated: October 24, 2008  By /s/ David L. Gappa
LAUREL J. MONTOYA
Assistant U.S. Attorney

Stipulation and Proposed Order to Continue Sentencing   2

## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:    October 27, 2008**             /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE