**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
PAUL EDWARD MONK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                PLAINTIFF,<br><br>PAUL EDWARD MONK ,<br>                DEFENDANT. | Case No.: 08-CR-00365 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII, AND DAVID L. GAPPA, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, PAUL EDWARD MONK by and through his attorney of record, DAVID A. TORRES hereby requests that the status conference currently set for January 12, 2009 be continued to January 26, 2009 at 9:00 a.m., or a date convenient to court and counsel.

    This is a mutual request between Assistant United States Attorney, Stanley Boone and is joined by counsel for defendant.  I have not had an opportunity to meet with my client.  I am requesting additional time to confer with my client the contents of the plea agreement.

1  Based upon the foregoing, I respectfully request that this matter be continued to
2  January 26, 2009.
3  The parties also agree that the delay resulting from the continuance shall be excluded in
4  the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

Dated: January 7, 2009

/s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant
AMEN ALI

McGREGOR W. SCOTT
United States Attorney

Dated: January 7, 2009

By /s/ David L. Gappa
DAVID L. GAPPA
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).

IT IS SO ORDERED.

Dated:   **January 7, 2009**            **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE