1  BENJAMIN B. WAGNER
   United States Attorney
2  ANA MARIA MARTEL
   Assistant United States Attorneys
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for United States of America
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                     EASTERN DISTRICT OF CALIFORNIA
9
                           (FRESNO DIVISION)
10

11 | UNITED STATES OF AMERICA,
12 |     Plaintiff,                    | Misc. Case No. 1:10-MC-00011 AWI
13 |     v.
14 | PAUL EDWARD MONK                  | (1:08CR00365-001-AWI)
15 |
16 |     Defendant and Judgment Debtor.
17 |_____
18 | ALTAONE FEDERAL CREDIT UNION,
19 |     Garnishee.                    | APPLICATION TO QUASH WRIT
                                        AGAINST GARNISHEE AND ORDER
20
21
22
23       The United States of America hereby requests an order to quash the Writ of

24 Execution/Garnishment issued against AltaOne Federal Credit Union, the garnishee herein.  In its

25 Acknowledgment of Service and Answer of Garnishee, AltaOne Federal Credit Union declared that it

26 has no property and/or money in which the Judgment Debtor,  PAUL EDWARD MONK, has any

27
28
   Application to Quash Writ Against Garnishee and Order

                                                              Page 1 of  2

1  interest. Accordingly, the United States moves that the writ issued against AltaOne be quashed.

Dated: _____                    BENJAMIN B. WAGNER
                                           United States Attorney


                                    By:    _____
                                           ANA MARIA MARTEL
                                           Assistant United States Attorney


ORDER

IT IS SO ORDERED.

Dated:   November 17, 2010                 _____
                                           CHIEF UNITED STATES DISTRICT JUDGE

Application to Quash Writ Against Garnishee and Order