BENJAMIN B. WAGNER
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>PAUL EDWARD MONK<br><br>         Defendant and Judgment Debtor. | Misc. Case No. 1:10-MC-00012 AWI<br><br>(1:08CR00365-001-AWI) |
| DAVID TORRES, Esq.<br><br>         Garnishee. | APPLICATION TO QUASH WRIT AGAINST GARNISHEE AND ORDER |

The United States of America hereby requests an order to quash the Writ of Execution/Garnishment issued against DAVID TORRES, the Garnishee herein.   After the Garnishee failed to answer or respond to the writ issued against him, Mr. Torres' deposition was noticed. Mr. Torres appeared.  Based on the documents provided to the United States and the discussions with the Garnishee, it was determined that  no property and/or accounts are under the custody or control of David Torres in which Defendant and Judgment-debtor, Paul Edward Monk, had any interest.

1 | Accordingly, the United States requests that the writ issued against the Garnishee herein be quashed.

2 | Dated: _____

BENJAMIN B. WAGNER
United States Attorney

By: _____
ANA MARIA MARTEL
Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated:   November 17, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE