# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PAUL EDWARD MONK,<br><br>Defendant | CASE NO. 1:08-CR-365 AWI<br><br>ORDER FOR RESPONSE TO MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

On June 3, 2021, Defendant Paul Monk through filed a motion for early termination of supervised release. See Doc. No. 41. Considering the totality of Defendant's motion, the Court finds that it is appropriate for the United States and the United States Probation Office for the Eastern District of California to file a response, and for Defendant to be given the opportunity to file a reply. Given the difficulties and restrictions that have resulted from the Covid 19 pandemic, the Court is receptive to any necessary modifications of the briefing schedule, particularly if a stipulation between the parties can be reached.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States and the United States Probation Office for the Eastern District of California shall each file a separate response on the Court's docket to Defendant's motion within twenty-one (21) days of service of this order;[1]

---

[1] Factors identified in 18 U.S.C. § 3553 are to be considered in evaluating a request for early termination. To the extent that the United States or the United States Probation Office opposes early termination, their response shall specifically address the relevant factors. Additionally, the Court will view a failure by either the United States or the Probation Office to file a response as meaning that the non-responding entity **does not oppose** Defendant's motion for early termination of supervised release.

2. Defendant may file a reply to the United States' response within seven (7) days of service of the United States' response;[2] and

3. The Clerk shall immediately serve a copy of this order and a copy of Defendant's motion (Doc. No. 41) on the United States Probation Office for the Eastern District of California.

IT IS SO ORDERED.

Dated: June 7, 2021

SENIOR DISTRICT JUDGE

---

[2] If, after review of the submissions of the parties, the Court determines that a hearing is necessary, the Court will set a hearing date at that time.